# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN FITZGERALD WILLIAMS,

v.

WASHINGTON CORRECTIONS CENTER,
CUS V, CO FLOREZ, CO WHITE, CO
MOFFIT, CO COOLY, JOHN DOES (R-4,
R-5 CAFETERIA), SGT. Q, S. THACHS,
MICHAEL KEWLEY, BRYAN FLORES,
CONRADA VILLA-MCGRATH, CURTIS
MOFFETT, and JOSEPH QUENGA,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5173 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

| September 1, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk